Floyd Klaus, Minor, by Emil Klaus, Father and Next Friend, Appellant, v. C. J. Sheets, Appellee.

Term No. 47,013.

152

opinion filed January 26, 1948; opinion modified and rehearing denied April 23, 1948; released for publication April 23, 1948. Reed & Burroughs, for appellant; Meyer & Meyer, for appellee. Opinion by PRESIDING JUSTICE BARTLEY. **Not to be published in full.**